UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
101 NW M.L. King Jr. Blvd., Rm. 352
Evansville, IN 47708

SF03004 (rev 03/2017)

In re:

**Sarah Elizabeth Smith**,
　　　　Debtor.

Case No. **17−70461−AKM−13**

## NOTICE OF FILING OF PROOF OF CLAIM ON BEHALF OF CREDITOR

**NOTICE IS GIVEN** that a Proof of Claim was filed pursuant to Fed.R.Bankr.P. 3004 on August 8, 2019, by the Debtor(s) on behalf of creditor Med−1 Solutions, LLC as Agent for Collections.

Dated:　August 9, 2019

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court