**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| IN RE: | ) |
|     SARAH ELIZABETH SMITH | ) CASE NO.17-70461–AKM-13 |
| | ) |
|     DEBTOR(S) | ) |

## TRUSTEE'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

COMES NOW Robert P. Musgrave, Trustee, and files this Motion to Modify Plan after Confirmation. In support of this motion, Trustee states as follows:

1. Debtor filed for relief under Chapter 13 on May 11, 2017. The plan was confirmed by order of July 6, 2017. At that time plan payments were set at $842.42 per month for 60 months.

2. The secured creditor Evansville Teachers Federal Credit Union ("Creditor") was listed in the proposed plan and the confirmation order to be paid in full by the Trustee at $762.44 per month @ 5.0% APR.

3. The Creditor filed a proof of claim (Trustee Claim No. 002/Court Claim No. 003) with the Court on June 8, 2017 ("Proof"). To date, the Trustee has disbursed $21,518.20 in principal and $1,499.12 in interest on the Proof.

4. On February 13, 2020, the creditor notified the Trustee in writing that their claim was paid in full. A copy of the document is attached as Exhibit A.

5. Based on the above, Trustee prays the Court modify the debtor(s) confirmed plan so the Proof will not be paid by the Trustee going forward, and all monies that would have gone to the above creditor in the future will now be disbursed to other creditors pursuant to the terms of the confirmation order.

6. This modification is in the best interests of the debtor(s), the estate, and the creditors thereof.

WHEREFORE, Trustee prays the Court modify the confirmed plan as indicated above, and for all other relief deemed appropriate in the premises.

**PLEASE TAKE NOTICE THAT** any objection must be filed with the Bankruptcy Clerk **within 21 days of the date of this notice** [or such other time period as may be permitted by Fed.R. Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> Winfield K. Denton Federal Bldg.
> 101 NW M.L. King Blvd.
> Suite 352
> Evansville, IN 47708

The objecting party must ensure delivery of the objection to the party filing the motion.
**If an objection is NOT timely filed, the requested relief may be granted.**

                                                    Respectfully Submitted,

February 26, 2020

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029
Fax:  (812) 433-3464
Email address:  trusteegeneral@chap13evv.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties, either personally, electronically or by first-class mail February 26, 2020:

U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

SARAH ELIZABETH SMITH
8772 NORTH STATE ROAD 161
GENTRYVILLE, IN 47537-

ROBERTA S. DUNLAP
DUNLAP & NESMITH, LLC
1035 W FRANKLIN STREET
EVANSVILLE, IN 47710-

EVANSVILLE TEACHERS FEDERAL
CREDIT UNION
P.O. BOX 5129
EVANSVILLE, IN   47716-

I hereby certify that a true and correct copy of the foregoing pleading was served upon the following parties by first class mail and certified return receipt requested mail February 26, 2020:

EVANSVILLE TEACHERS FEDERAL
CREDIT UNION
P.O. BOX 5129
EVANSVILLE, IN   47716-

/s/Robert P. Musgrave
Robert P. Musgrave
Chapter 13 Trustee
P.O. Box 972
Evansville, IN  47706-0972
Telephone:  (812) 424-3029

Fax: (812) 433-3464
Email address: trusteegeneral@chap13evv.com