

4401 Theater Drive • P.O. Box 5129 • Evansville, IN 47716-5129
Toll Free: 1-800-800-9271 • Fax 812-473-9704

February 13, 2020

Robert P. Musgrave, Chapter 13 Trustee
P.O. Box 972
Evansville, IN 47706

Re: Sarah Elizabeth Smith
    17-70461

Good Day Mr. Trustee,

Upon processing of the recently received Trustee payment, the debtors' loan with ETFCU has been paid in full. After processing the payoff there were excess funds from your payment. Enclosed is a check for $320.39 to reimburse your office for the excess.

Please contact me if you have any questions.

Sincerely,

*Jane Heldt*

Jane Heldt
Bankruptcy Specialist
Evansville Teachers FCU
812-477-9271  ext 1219

Encl.

**EXHIBIT A**

200504
71-7777/2853

**EVANSVILLE TEACHERS FEDERAL CREDIT UNION**
P.O. BOX 5129 • EVANSVILLE, IN 47716-5129
(812) 477-9271   1-800-800-9271

| DATE | AMOUNT |
|---|---|
| 02/13/2020 | *********320.39 |

PAY   Three Hundred Twenty and 39/100*************************************

TO THE ORDER OF   ROBERT P. MUSGRAVE

#17-70461 S. E. SMITH EXCESS PAYOFF
Remitter

**CASHIER'S CHECK**
VOID AFTER 180 DAYS


Authorized Signature

---

200504

| DATE | AMOUNT |
|---|---|
| 02/13/2020 | *********320.39 |

PAY   Three Hundred Twenty and 39/100*************************************

TO THE ORDER OF   ROBERT P. MUSGRAVE

#17-70461 S. E. SMITH EXCESS PAYOFF
Remitter
User # 57236   BURKHARDT OFFICE      Branch # 19      Related Account # 216926479

**CASHIER'S CHECK**
VOID AFTER 180 DAYS
**NON-NEGOTIABLE**
MEMBER COPY