**SO ORDERED: March 20, 2020.**



_____
**Andrea K. McCord
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
|    SARAH ELIZABETH SMITH ) | CASE NO.17-70461–AKM-13 |
| ) | |
|    DEBTOR(S) ) | |

### ORDER GRANTING TRUSTEE'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

**Comes Now** the Court on the Trustee's Motion to Modify Plan after Confirmation filed on February 26, 2020 (Doc. #32), and such motion having been duly noticed and no objections having been filed the Court does now

**ORDER** that:

1. The debtor's plan is modified as follows:

   a. Evansville Teachers Federal Credit Union, Trustee Claim No. 002/Court Claim No. 003, is determined to be paid in full; and
   b. The above claim shall not be paid by the Trustee as the claim is deemed paid in full, and all monies that would have gone to the above creditor will be disbursed to other creditors pursuant to the terms of the confirmation order.

2. In all other respects, debtor's plan as confirmed remains in full force and effect.

###